UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 25-cr-20525

    vs.                                   Hon. F. Kay Behm
                                               United States District Judge

DEMETRION BREWER,

        Defendant.
_____/

## **STIPULATED PROTECTIVE ORDER FOR DISCOVERY MATERIALS**

For the reasons stated in the government's Motion for Protective Order, it is hereby ORDERED under Rule 16(d) of the Federal Rules of Criminal Procedure:

1.    Any and all discovery material provided in this case by the Government to Defendant is to be used by Defendant and his counsel solely for the preparation of their defense. No disclosure of these materials is authorized except as necessary to the preparation of the defense in this case, and such determination of necessity is to be made by counsel for the Defendant, not by the Defendant himself. This limitation applies to all discovery provided by the Government in this criminal action after issuance of this Order.

2.    Disclosure of discovery materials for purposes related to defense of the

criminal case is permitted to: (a) members of the defense team, consisting of counsel, co-counsel, paralegals, investigators, litigation support personnel, the Defendant, and secretarial staff; (b) experts or consultants retained to assist in preparation of the defense; (c) potential witnesses who are deemed necessary by the defense team in connection with this case; and (d) this Court.

3. All recordings (including calls, audio recordings, and video recordings) will be maintained in the custody of the United States and made available for viewing or listening at the United States Attorney's Office.

4. That counsel for the Defendant: (a) shall not allow his client, or any other potential witness, to retain any reports related to calls, audio recordings, and video recordings provided in discovery by the government, absent further order by this Court; (b) and will take all reasonable steps necessary to ensure that government discovery materials are not improperly disclosed or distributed.

SO ORDERED.


Date: August 4, 2025                           s/F. Kay Behm
                                               F. Kay Behm
                                               United States District Judge